IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Sarang Gupta,

    Plaintiff

vs.                                      Case No. 1:12-cv-01177-MCA-ACT

CardWorks Servicing, LLC, and
John Doe Corporation,

    Defendants.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Sarang Gupta, by and through its counsel of record, Law Office of Anita M. Kelley, and Defendant CardWorks Servicing, LLC, by and through its attorneys of record, Thomas P. Gulley, Greg L. Gambill and John G. Kerkorian, hereby jointly stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this matter be dismissed with prejudice, and that any and all claims that have been or could have been brought in this action against any Defendants, including "John Doe Corporation," and their past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiff be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

Dated: January 25, 2013.

                                        Respectfully submitted,

                                        **LAW OFFICES OF ANITA KELLEY**

                                        By: s/Anita M. Kelley
                                        Anita M. Kelley
                                        Law Office of Anita M. Kelley
                                        P.O. Box 37487
                                        Albuquerque, NM 87176
                                        (505) 750-0265

1

*Co-counsel with WEISBERG &MEYERS, LLC*

5025 N. Central Ave. #602
Phoenix, AZ 85012
Not admitted before this Court
ECF@AttorneysForConsumers.com


**BANNERMAN & JOHNSON, P.A.**

_____
Thomas P. Gulley
Greg L. Gambill
2201 San Pedro Dr. NE
Building 2, Suite 207
Albuquerque, New Mexico 87110
(505) 837-1900 (office)
505.837.1800 (fax)
tpg@nmcounsel.com
glg@nmcounsel.com

-and-

**BALLARD SPAHR LLP**

John G. Kerkorian
1 East Washington Street
Suite 2300
Phoenix, AZ 85004-2555
602.798.5408 (office)
602.798.5595 (fax)
kerkorianj@ballardspahr.com

Attorneys for Defendant CardWorks Servicing LLC

## CERTIFICATE OF SERVICE

      I certify that on January 25, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court of New Mexico, using the electronic case filing system of the court.

By: s/ Lydia Bultemeyer
    Lydia Bultemeyer